STATE OF NEW JERSEY v. BENJAMIN CURTIS.

July 12, 1977. Petition for certification denied. (See 148 *N. J. Super.* 235)


IN THE MATTER OF THE ESTATE OF
FRANK A. COLEMAN, DECEASED.

July 12, 1977. Petition for certification denied.


JOSEPH L. MAHNE v. GRANGE R. MAHNE.

July 12, 1977. Petition for certification denied. (See 147 *N. J. Super.* 326)


JOSEPH L. MAHNE v. GRANGE R. MAHNE.

July 12, 1977. Cross Petition for certification denied. (See 147 *N. J. Super.* 326)


ROMUALD DE SWOLKIEN v. JAMES A. MC KENNA.

July 12, 1977. Petition for certification denied.